# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **MICHELLE R. SCOGGINS,** | : | |
| | : | Case No. 2:24-cv-00377 |
| **Plaintiff,** | : | |
| | : | **Judge Algenon L. Marbley** |
| v. | : | **Magistrate Judge Chelsea M. Vascura** |
| | : | |
| **MENARD, INC.** | : | |
| d/b/a Midwest Manufacturing, *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

On May 12, 2025, the Court of Appeals for the Sixth Circuit reversed this Court's decision in which it denied Defendants' motion to compel arbitration (ECF No. 7) and remanded with instructions to stay judicial proceedings in favor of arbitration. (ECF No. 19). The Sixth Circuit's mandate issued on June 4, 2025. (ECF No. 20). In light of that directive, this action is hereby **STAYED** pending arbitration. The parties are **ORDERED** to file a joint status report every **120 days** from the entry of this Order as to the status of the arbitration. Within **fourteen (14) days** of the completion of the arbitration proceedings, the parties shall file a joint notice advising this Court of the outcome and how they intend to proceed with this case.

 **IT IS SO ORDERED**.

_____
 **ALGENON L. MARBLEY**
 **UNITED STATES DISTRICT JUDGE**

**DATED: June 10, 2025**